

December 22, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 12/27/2021

The parties are directed to file a proposed Case Management Plan and Scheduling Order following the first mediation conference. If the parties have not attended a mediation conference by January 31, 2022, the parties are directed to file a status update with the Court.

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   *Sumaiyah Powell v. Checkers Drive-In Restaurants, Inc., et al.*
      Civ. Case No.: 1:21-cv-07844-VSB

Dear Judge Broderick,

   As Your Honor is aware we represent Plaintiff in the above captioned matter. We write jointly with Defendants to respectfully request that Your Honor adjourn the deadline to submit a joint letter and proposed case management plan until after the Parties have had the opportunity to mediate this case pursuant to this Court's Second Amended Standing Administrative Order.

   On December 21, 2021, Your Honor issued an Order directing the Parties to submit a joint letter and proposed case management plan by January 7, 2022. (Dkt. 10). However, pursuant to this Court's Second Amended Standing Administrative Order, this case was automatically referred to the Southern District of New York's Alternative Dispute Resolution program. (Dkt. 11).

   Therefore, the Parties respectfully requests that Your Honor adjourn the deadline to submit a joint letter and proposed case management plan until after the Parties have had the opportunity to mediate this case pursuant to this Court's Second Amended Standing Administrative Order. We appreciate the Court's assistance with this matter.

                                    Respectfully Submitted,

                                    ___/s/_ Daniel Altaras_____
                                    Daniel J. Altaras, Esq.
                                    DEREK SMITH LAW GROUP PLLC
                                    *Attorneys for Plaintiff*
                                    One Penn Plaza, Suite 4905
                                    New York, New York 10119

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com