

August 3, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:     *Sumaiyah Powell v. Checkers Drive-In Restaurants, Inc., et al.*
          Civ. Case No.: 1:21-cv-07844-VSB

Dear Judge Broderick,

     As Your Honor is aware we represent Plaintiff in the above captioned matter. Plaintiff and Defendants have reached an agreement to resolve this matter and are currently in the process of preparing the appropriate confidential settlement documents.

     However, because the Parties have not yet finalized the appropriate confidential settlement documents, Plaintiff writes pursuant to Rule 1.G of Your Honor's Individual Rules of Practice, to respectfully request a sixty (60) day extension of time to restore the action to this Court's calendar in the unlikely event that will be necessary.

     This is the first request for an extension of time to restore the action to this Court's calendar. Further, counsel for Defendants has consented to this request. Accordingly, we respectfully request that the deadline to restore the action to this Court's calendar be extended until October 4, 2022, or such time as the Court deems appropriate. We thank Your Honor for your consideration of this request and appreciate the Court's assistance with this matter.

                                            Respectfully Submitted,

                                              /s/  Daniel Altaras
                                            Daniel J. Altaras, Esq.
                                            DEREK SMITH LAW GROUP PLLC
                                            *Attorneys for Plaintiff*
                                            One Penn Plaza, Suite 4905
                                            New York, New York 10119